In the Matter of CHARLES FISHER, on Behalf of Himself and as Representative of a Class of all Others Similarly Situated, Appellant, v BOARD OF EDUCATION OF WATERTOWN CITY SCHOOL DISTRICT et al., Respondents.

Submitted January 8, 2007; decided March 27, 2007

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

Judge PIGOTT taking no part.

In the Matter of FORECLOSURE OF TAX LIENS. CITY OF NEWBURGH, Respondent; ADAM QUINN, Appellant.

Submitted February 13, 2007; decided March 27, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

GIVI KOBIASHVILLI et al., Appellants, v MITCHELL HILL et al., Respondents.

Submitted January 29, 2007; decided March 27, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.